

August 25, 2020

Franklin Wandtke
657 Hawks Nest Circle
Greece, NY. 14626

Dear Mr.Geraci,

      I have known Salvatore Lippa for over 15 years, and I'd like to speak on his behalf for his recent inappropriate comments in reference towards two of our current political leaders. Let me say that Mr. Lippa does in fact have an alcohol problem. While in itself, Salvatore did fall victim to the words he uttered but that is not the true Salvatore.

      This occurred at a particular difficult time in his life and he allowed his frustrations to overcome him. He has spoken of it numerous times since and each time his remorse grows. He fully understands the magnitude of his ways and deeply regrets having allowed himself to act in such a way. He has said many times he would do anything to turn back the hands of time if he only could. He is so sorry for ever making such a statement and having directed it at two public figures.

      It is hoped that perhaps consideration might be granted him with a reduction in the sentence. This is of course a serious offense, but it would seem in excess when considering and comparing it to violations of others for perhaps even greater offenses. I stand on my honor when I say that Mr. Lippa is of a much higher character stature than that he demonstrated at the time of this offense; a fact he has proven to me multiple times in our meetings since.

      My role as Location Manager for First Student, (school bus transportation) and managing 275 operators and attendants for over 10 years, has heightened my ability and credibility in defining personalities, sincerity, honesty, and loyalty of individuals. Mr Lippa has proven exemplary qualities in each of these traits and is worthy of any considerations possible.

Respectfully submitted,

Franklin A. Wandtke

## Wandtke, Franklin A

**From:** Louis Gangemi <louiegangemi@gmail.com>
**Sent:** Wednesday, August 26, 2020 9:21 AM
**To:** Wandtke, Franklin A
**Subject:** Fwd: Salvatore Lippa

**CAUTION:** This email is from an external source. 'louiegangemi@gmail.com' Please beware of links and attachments.

Sent from my iPhone

Begin forwarded message:

> **From:** Louis Gangemi <louiegangemi@gmail.com>
> **Date:** August 26, 2020 at 8:51:14 AM EDT
> **To:** <stevenslawinski@fd.org>
> **Subject: Salvatore Lippa**
>
> Dear Judge Gerasi
> I'm writing you in regards to the incident involving Salvatore Lippa. I've known Sal over 40 years. Sal is one of the hardest working guys I know. He is a very talented Carpenter. I've had the pleasure of working with him over the years on several Iobs. He has taught my son in law the trade in which has lead him to a very good living. My grandson has also worked with him. What I'm getting at is I trust Sal with my family 100%. I don't know of Sal ever having a altercation with anyone. The problem with Sal is the alcohol. He really needs some help .I know first hand my self. I have 22 years now. I personally help Sal with his bills and business decisions and daily routine. I feel in my heart he needs treatment verses incarceration . I'm not trying to tell you your job but He really needs help. The judges involved in my troubled times gave me The option of drug court instead of jail. I took full advantage of the treatment and like I said 22 years Later  I've raised a family of 5 and have been successful in family and business. The actions he took on those occasions were totally due to the alcohol. He could have never acted out on those statements made. Sals family has been torn apart due to his drinking. Every one that knows him will tell you what a great guy he is when not drinking.  Please in your heart try and help him rather than  incarcerate him. Treatment and strict monitoring could change his life. Also I just found out that his sister Anita has stage four cancer with no treatment options. Sal has been remodeling her house for months now trying to make her feel better. Besides me she is his only other support network. I stand behind any decision you make but I hope it is a helpful one. Thank you.
>
> Louis Gangemi
>
> Sent from my iPhone

1

F. WANDTKE
657 HAWKs NeST CiR
Roch N.Y 14622

ROCHESTER
NY 144
26 AUG '20
PM 1 L

NEOPOST
08/26/2020
US POSTAGE $000.50⁰

FIRST-CLASS MAIL



ZIP 14606
041L10416147



FRANK GERACi JR
U.S. COURT HOUSE
100 State St
Rochester N.Y  14614

14614-135099